IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., | § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 3:21-cv-00192-M |
| v. | § § | Jury Trial Requested |
| SWM INTERNATIONAL, LLC, | § § § | |
| *Defendant*. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO STAY

Before the Court is Defendant SWM International, LLC's motion to stay pending entry of a final judgment in SWM's declaratory judgment action in the District of Colorado. Having considered the briefing, the Court finds that it should be and is hereby **GRANTED**.

It is therefore **ORDERED** that this case is **STAYED** pending entry of a final judgment in SWM's declaratory judgment action.

SIGNED this _____ day of _____ 2021.

_____
THE HONORABLE BARBARA M.G. LYNN
U.S. DISTRICT COURT CHIEF JUDGE