IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>SWM INTERNATIONAL, LLC,<br><br>  *Defendant*. | Civil Action No. 3:21-cv-00192-M<br><br>Jury Trial Requested |

**ORDER GRANTING DEFENDANT SWM INTERNATIONAL, LLC'S OPPOSED MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**

Before the Court is Defendant SWM International, LLC's Opposed Motion for Leave to Amend its Preliminary Invalidity Contentions against U.S. Patent No. 10,844,697 (the "'697 patent").

After considering the Motion, the Court hereby **GRANTS** Defendant's Motion.

SIGNED this _____ day of _____, 2021.

_____
THE HONORABLE BARBARA M.G. LYNN
U.S. DISTRICT COURT CHIEF JUDGE